UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CONCEPCION MAGANA,<br><br>    Plaintiff,<br><br>    v.<br><br>KILOLO KIJAKAZI, Acting Commissioner of Social Security,<br><br>    Defendant. | No. 1:21-cv-00425-DAD-SKO (SS)<br><br>ORDER ADOPTING THE PARTIES' STIPULATION AND REMANDING CASE PURSUANT TO SENTENCE FOUR OF 42 U.S.C. § 405(g)<br><br>(Doc. No. 20) |

On January 28, 2022, the parties filed a stipulation agreeing to remand this case for further administrative action pursuant to sentence four of 42 U.S.C. § 405(g). (Doc. No. 20.) The parties agree that on remand, the Commissioner will conduct any necessary further proceedings, including but not limited to re-evaluating the claimant's maximum residual functional capacity, obtaining supplemental vocational expert evidence to clarify the effect of the assessed limitations on claimant's ability to perform her past relevant work, or offering the claimant an opportunity for a hearing. (*Id.* at 1–3.)

Good cause appearing, and pursuant to the parties' stipulation, this case is hereby reversed and remanded to the Acting Commissioner of Social Security for further proceedings consistent with the terms of the parties' stipulation. The Clerk of the Court is directed to enter final

/////

1  judgment in favor of plaintiff, and against defendant, reversing the final decision of the
2  Commissioner.
3  IT IS SO ORDERED.
4  Dated:  **February 4, 2022**  ⁄s⁄ Dale A. Drozd
5                                              UNITED STATES DISTRICT JUDGE