PHILLIP A. TALBERT
Acting United States Attorney
WILLY LE
Acting Regional Chief Counsel, Region X
DAVID J. BURDETT
Special Assistant United States Attorney
701 Fifth Avenue, Columbia Tower,
Suite 2900 M/S 221A
Seattle, WA 98104-7075
Telephone: (206) 615-2522
Email: David.burdett@ssa.gov

Attorneys for Defendant

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| CONCEPCION MAGANA,<br><br>Plaintiff,<br><br>vs.<br><br>KILOLO KIJAKAZI,<br>Acting Commissioner of Social Security,<br><br>Defendant. | Civil No. 1:21-cv-00425-DAD-SKO<br><br>RESPONSE TO MOTION FOR ATTORNEY FEES (STIPULATED SETTLEMENT); ORDER ON STIPULATION AND DENYING MOTION AS MOOT<br><br>(Docs. 23 & 24) |

The parties, acting through their respective counsel, hereby stipulate that Plaintiff should be awarded a negotiated amount of $5654.00 in fees under the Equal Access to Justice Act, 28 U.S.C. § 2412(d), plus costs of $225.00 under 28 U.S.C. §1915(f)(1).

///

DATED: March 8, 2022          Respectfully submitted,

                                                  PHILLIP A. TALBERT
Acting United States Attorney

WILLY LE
Acting Regional Chief Counsel, Region X
Social Security Administration

 */s/ David J. Burdett*
DAVID J. BURDETT
Special Assistant United States Attorney

 */s/ David J. Burdett*    FOR
DAVID F. CHERMOL
(per authorization)

## **ORDER**

Based on the foregoing stipulation of the parties (Doc. 24), it is ORDERED that Plaintiff is awarded attorney fees under the Equal Access to Justice Act (EAJA) in the amount of $5654.00 and $225.00 in costs.  Subject to any offset under the Treasury Offset Program, payment of this award shall be made via the Law Offices of Chermol & Fishman, LLC.  If EAJA fees and costs are not subject to any offset and an assignment is provided to SSA, the award shall be paid directly to the order of David F. Chermol. All checks must be mailed care of the Law Offices of Chermol & Fishman.

It is further ORDERED that Plaintiff's motion for attorney's fees (Doc. 23) is DENIED as MOOT.


IT IS SO ORDERED.

Dated:   **March 8, 2022**          */s/ Sheila K. Oberto*
                                                                                   UNITED STATES MAGISTRATE JUDGE