**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

**FRESNO DIVISION**

| | |
|---|---|
| CONCEPCION MAGANA,<br><br>  Plaintiff,<br><br>vs.<br><br>KILOLO KIJAKAZI,<br>Acting Commissioner of Social Security,<br><br>  Defendant. | Civil No. 1:21-cv-00425-ADA-SKO<br><br>ORDER ON STIPULATED MOTION FOR AMENDED ORDER UNDER FED. R. CIV. P. 60<br><br>(Docs. 25 & 26) |

Based on the stipulated motion of the parties (Doc. 26), and for good cause shown under Fed. R. Civ. P. 60, the Court's order entered March 9, 2022 (Doc. 25) is hereby AMENDED as follows:

It is ORDERED that Plaintiff is awarded attorney fees under the Equal Access to Justice Act in the amount of $5,879.00.  Subject to any offset under the Treasury Offset Program, payment of this award shall be made via the Law Offices of Chermol & Fishman, LLC.  If EAJA fees and costs are not subject to any offset and an assignment is provided to SSA, the award shall be paid directly to the order of David F. Chermol.  All checks must be mailed care of the Law Offices of Chermol & Fishman.

IT IS SO ORDERED.

Dated:  __December 15, 2022__                    /s/ *Sheila K. Oberto*
                                                                 UNITED STATES MAGISTRATE JUDGE

1
2
3
4
5
6
7
8
9
10
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28